THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM FROSCH, Appellant.— Judgment of the County Court of Kings County, convicting defend-

ant of the crimes of conspiracy and of contriving, drawing and assisting in a lottery, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.